| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Springmann, Theresa L. | 2. Court or Organization Northern District of Indiana | 3. Date of Report 05/13/2015 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

7. Chambers or Office Address

U.S. Courthouse
1300 South Harrison Street
Fort Wayne, IN 46802

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|----------|------------------------------|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Springmann, Theresa L.** | 05/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Visa Card | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Annutiy - Riversource Fixed Annuity | A | Dividend | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. IRA #3 | | | | | | | | | |
| 4. -Riversource Life Ins. Fixed Account | B | Int./Div. | L | T | | | | | |
| 5. -Riversource COL VP Div Bond C13 | B | Dividend | L | T | | | | | |
| 6. | | | | | | | | | |
| 7. IRA #4 | | | | | | | | | |
| 8. - Riversource Life Ins. Fixed Account | A | Dividend | K | T | | | | | |
| 9. -Riversource COL VP Div Bond C13 | A | Interest | K | T | | | | | |
| 10. -Riversource COL VP Cash Mgmt C13 | A | Interest | J | T | | | | | |
| 11. | | | | | | | | | |
| 12. Chase Bank Account | A | Interest | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. T.Rowe Price Summit Cash Reserve | A | Interest | J | T | Buy (add'l) | 01/13/14 | J | | |
| 15. | | | | | Buy (add'l) | 01/31/14 | J | | |
| 16. | | | | | Buy (add'l) | 06/02/14 | J | | |
| 17. | | | | | Buy (add'l) | 08/22/14 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 19. | | | | | Buy (add'l) | 10/09/14 | J | | |
| 20. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 21. | | | | | Buy (add'l) | 11/07/14 | J | | |
| 22. | | | | | Buy (add'l) | 11/14/14 | J | | |
| 23. | | | | | Sold (part) | 06/09/14 | J | | |
| 24. | | | | | Sold (part) | 09/02/14 | J | | |
| 25. | | | | | Sold (part) | 10/21/14 | J | | |
| 26. | | | | | Sold (part) | 11/10/14 | J | | |
| 27. T. Rowe Price Capital Appreciation Fund | C | Dividend | K | T | Buy (add'l) | 12/08/14 | J | | |
| 28. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 29. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 30. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 31. | | | | | Sold (part) | 02/24/14 | J | | |
| 32. | | | | | Sold (part) | 02/26/14 | J | | |
| 33. | | | | | Sold (part) | 03/03/14 | J | | |
| 34. | | | | | Sold (part) | 08/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Nike Common shares | A | Dividend | | | Buy | 06/04/14 | J | | |
| 36. Nike common shares | A | Dividend | | | Sold | 08/19/14 | J | | |
| 37. Union Pacific Common shares | A | Dividend | | | Buy | 08/27/14 | J | | |
| 38. Union Pacific common shares | A | Dividend | | | Sold | 10/06/14 | J | | |
| 39. Clorox common shares | A | Dividend | | | Buy | 10/16/14 | J | | |
| 40. Clorox common shares | A | Dividend | | | Sold (part) | 11/04/14 | J | | |
| 41. Clorox common shares | A | Dividend | | | Sold | 11/14/14 | J | | |
| 42. T. Rowe Price New Income Fund | A | Dividend | J | T | Buy (add'l) | 01/31/14 | J | | |
| 43. | | | | | Buy (add'l) | 02/24/14 | J | | |
| 44. | | | | | Buy (add'l) | 02/26/14 | J | | |
| 45. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 46. | | | | | Buy (add'l) | 03/03/14 | J | | |
| 47. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 48. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 49. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 50. | | | | | Sold (part) | 06/02/14 | J | | |
| 51. | | | | | Buy (add'l) | 06/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 07/14/14 | J | | |
| 53. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 54. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 55. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 56. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 57. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 58. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 59. T. Rowe Price Retirement Income Fund | B | Dividend | L | T | Buy (add'l) | 01/13/14 | J | | |
| 60. | | | | | Sold (part) | 01/27/14 | J | | |
| 61. | | | | | Buy (add'l) | 01/31/14 | J | | |
| 62. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 63. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 64. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 65. | | | | | Buy (add'l) | 05/30/14 | J | | |
| 66. | | | | | Buy (add'l) | 06/30/14 | J | | |
| 67. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 68. | | | | | Buy (add'l) | 08/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 70. | | | | | Buy (add'l) | 09/30/14 | J | | |
| 71. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 72. | | | | | Buy (add'l) | 11/10/14 | J | | |
| 73. | | | | | Buy (add'l) | 11/10/14 | J | | |
| 74. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 75. | | | | | Sold (part) | 12/08/14 | K | | |
| 76. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 77. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 78. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 79. T. Rowe Price Global Technology Fund | B | Dividend | J | T | Buy (add'l) | 07/14/14 | J | | |
| 80. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 81. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 82. T. Rowe Price Helath Sciences Fund | A | Dividend | J | T | Buy (add'l) | 01/27/14 | J | | |
| 83. | | | | | Sold (part) | 11/10/14 | J | | |
| 84. | | | | | Buy (add'l) | 12/15/14 | J | | |
| 85. | | | | | Buy (add'l) | 12/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. 403b | | | | | | | | | |
| 87. LVIP Managed Risk Profile 2020 | A | Int./Div. | K | T | Buy (add'l) | 01/02/14 | J | | |
| 88. | | | | | Buy (add'l) | 01/15/14 | J | | |
| 89. | | | | | Buy (add'l) | 01/29/14 | J | | |
| 90. | | | | | Buy (add'l) | 02/12/14 | J | | |
| 91. | | | | | Buy (add'l) | 02/25/14 | J | | |
| 92. | | | | | Buy (add'l) | 03/12/14 | J | | |
| 93. | | | | | Buy (add'l) | 03/25/14 | J | | |
| 94. | | | | | Buy (add'l) | 04/08/14 | J | | |
| 95. | | | | | Buy (add'l) | 04/23/14 | J | | |
| 96. | | | | | Buy (add'l) | 05/06/14 | J | | |
| 97. | | | | | Buy (add'l) | 05/20/14 | J | | |
| 98. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 99. | | | | | Buy (add'l) | 06/17/14 | J | | |
| 100. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 101. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 102. | | | | | Buy (add'l) | 07/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 08/12/14 | J | | |
| 104. | | | | | Buy (add'l) | 08/26/14 | J | | |
| 105. | | | | | Buy (add'l) | 09/09/14 | J | | |
| 106. | | | | | Buy (add'l) | 09/23/14 | J | | |
| 107. | | | | | Buy (add'l) | 10/08/14 | J | | |
| 108. | | | | | Buy (add'l) | 10/21/14 | J | | |
| 109. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 110. | | | | | Buy (add'l) | 11/19/14 | J | | |
| 111. | | | | | Buy (add'l) | 12/03/14 | J | | |
| 112. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 113. | | | | | Buy (add'l) | 12/31/14 | J | | |
| 114. | | | | | Buy (add'l) | 01/13/13 | J | | |
| 115. | | | | | Buy (add'l) | 01/15/13 | J | | |
| 116. | | | | | Buy (add'l) | 01/30/13 | J | | |
| 117. | | | | | Buy (add'l) | 01/30/13 | J | | |
| 118. | | | | | Buy (add'l) | 2/13/13 | J | | |
| 119. | | | | | Buy (add'l) | 02/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 03/13/13 | J | | |
| 121. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 122. | | | | | Buy (add'l) | 04/09/13 | J | | |
| 123. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 124. | | | | | Buy (add'l) | 05/21/13 | J | | |
| 125. | | | | | Buy (add'l) | 06/05/13 | J | | |
| 126. | | | | | Buy (add'l) | 06/18/13 | J | | |
| 127. | | | | | Buy (add'l) | 07/03/13 | J | | |
| 128. | | | | | Buy (add'l) | 07/16/13 | J | | |
| 129. | | | | | Buy (add'l) | 08/01/13 | J | | |
| 130. | | | | | Buy (add'l) | 08/14/13 | J | | |
| 131. | | | | | Buy (add'l) | 08/27/13 | J | | |
| 132. | | | | | Buy (add'l) | 09/10/13 | J | | |
| 133. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 134. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 135. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 136. | | | | | Buy (add'l) | 11/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 138. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 139.  LVIP Managed Risk Profile 2020 | A | Int./Div. | | | Buy (add'l) | 12/18/13 | J | | |
| 140.  LVIP Managed Risk Profile 2020 | A | Int./Div. | | | Buy (add'l) | 12/19/12 | J | | |
| 141.  College Choice 529 Direct Savings(age based) | A | Int./Div. | J | T | Spinoff (from line 157) | 02/10/14 | J | | |
| 142.  No Control | | | | | Buy (add'l) | 06/24/14 | J | | |
| 143.  College Choice 529 Direct Savings(age based) | A | Int./Div. | | | Buy | 09/20/08 | J | | |
| 144.  No Control | | | | | Closed | 07/06/10 | J | | |
| 145.  College Choice 529 Direct Savings(age-based) | A | Int./Div. | | | Buy | 09/20/08 | J | | |
| 146.  No Control | | | | | Buy (add'l) | 01/05/10 | J | | |
| 147. | | | | | Spinoff (from line 144) | 07/07/10 | J | | |
| 148. | | | | | Distributed (part) | 07/07/10 | J | | |
| 149. | | | | | Distributed (part) | 08/03/10 | J | | |
| 150. | | | | | Distributed (part) | 09/07/10 | J | | |
| 151. | | | | | Buy (add'l) | 12/21/10 | J | | |
| 152. | | | | | Buy (add'l) | 08/19/11 | J | | |
| 153. | | | | | Distributed (part) | 09/06/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Distributed (part) | 10/15/12 | J | | |
| 155. | | | | | Buy (add'l) | 10/23/12 | J | | |
| 156. | | | | | Distributed (part) | 02/19/13 | J | | |
| 157. | | | J | T | Distributed | 02/10/14 | J | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re: Part VII Lines 86 & 87      403b
Erroneously omitted in reports for 2013 and 2012. Transactions for 2013 begin on line 114. Transactions for 2012 begin on line 140.

Re: Part VII Lines 143 thru 157 College Choice 529 Direct Savings Plans
Erroneously omitted in reports for 2008 thru 2013. All transactions are listed from those years.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Theresa L. Springmann**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544